## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENT FORNEY, on behalf of himself** | : | |
| **and all persons similarly situated,** | : | |
| | : | **Collective Action** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Civil Action No.: 24-cv-2450-JFL** |
| | : | |
| **EUSTIS CABLE ENTERPRISES LTD** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## APPROVAL OF FLSA SETTLEMENT

Plaintiff Brent Forney ("Forney" or "Plaintiff") individually and on behalf of all others

similarly situated hereby move pursuant to 29 U.S.C. § 216(b) for approval of the Collective

Action Settlement Agreement reached between Plaintiff and Defendant. Plaintiff respectfully

moves the Court, without opposition by Defendants, to grant the following relief:

1.      Finally approve as fair, adequate and reasonable, the Settlement Agreement, a true

and correct copy of which attached hereto as Exhibit B;

2.      Approve under 29 U.S.C. § 216(b), for purposes of settlement only, the following

conditionally-certified Settlement Class:

Plaintiff Brent Forney and all other individuals who filed valid notices of consent to join
this action (the "Settlement Class");

3.      Approve Plaintiff Brent Forney as representative of the Settlement Class;

4.      Approve Goodley McCarthy LLC as Counsel for the Settlement Class

("Settlement Class Counsel"); Approve Settlement Class Counsel's attorney fees and costs in the

amount of Sixty Five Thousand Nine Hundred Twenty Five Dollars and Eighty Three Cents ($65,925.83);

5.      Approve Named Plaintiff Brent Forney's service award in the amount of Five Thousand Dollars ($5,000.00);

6.      Dismiss with prejudice the claims of Settlement Class, subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

Date: January 24, 2025               Respectfully submitted,

**GOODLEY MCCARTHY LLC**

By:    /s/ James E. Goodley
       JAMES E. GOODLEY (315331)
       RYAN P. McCARTHY (323125)
       1650 Market Street, Suite 3600
       Philadelphia, PA 19103
       (215) 394-0541
       james@gmlaborlaw.com
       ryan@gmlaborlaw.com

       *Attorneys for Plaintiff and the FLSA Class*