UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BRENT FORNEY, :
              Plaintiff, :
               :
    v. :   No. 5:24-cv-2450
               :
EUSTIS CABLE ENTERPRISES, LTD., :
              Defendant. :

**O R D E R**

**AND NOW,** this 5th day of February, 2025, upon consideration of Plaintiff's Unopposed Motion for Approval of Collective Action Settlement, *see* ECF No. 41, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** as follows:

    1.    The Parties' Settlement Agreement is incorporated into this **ORDER** and is approved as a fair, reasonable, and adequate resolution of a bona-fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA")[1];

    2.    The following Settlement Class is **APPROVED** for purposes of settlement only, under 29 U.S.C. § 216(b):

---

[1] Claims under the FLSA can be settled in two ways: (1) with the Secretary of Labor supervising the payment of unpaid minimum wages or unpaid overtime compensation pursuant to 29 U.S.C. § 216(c); or (2) with the district court's approval of a settlement under 29 U.S.C. § 216(b). "The Third Circuit has not articulated a standard for analyzing FLSA settlements, but District courts routinely look to the *Lynn's Food Stores* standard when a party seeks judicial approval of an FLSA settlement." *Hunter v. M-B Cos.*, No. 19-cv-04838, 2020 U.S. Dist. LEXIS 127037, at *4 (E.D. Pa. July 20, 2020) (citing *Lynn's Food Stores Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982)). Under this standard, a district court must determine that: (1) the settlement resolves a bona fide dispute over FLSA provisions; (2) the settlement is fair and reasonable to the Plaintiff-employee; and (3) the settlement does not frustrate implementation of the FLSA in the workplace. *See id.*; *Gabrielyan v. S.O. Rose Apartments LLC*, No. 15-cv-1771, 2015 U.S. Dist. LEXIS 135615, at *2-4 (D.N.J. Oct. 5, 2015).

Plaintiff Brent Forney and all other individuals who filed valid notices of consent to join this action (Opt-In Plaintiffs) (the "Settlement Class");

3. Plaintiff Forney is **APPROVED** as the representative of the Settlement Class;

4. Plaintiff Forney's Service Award in the amount of $5,000.00 is **APPROVED**;

5. Goodley McCarthy LLC is **APPROVED** as Counsel for Settlement Class ("Settlement Class Counsel");

6. Settlement Class Counsel's attorney fees and costs are approved in the amount of Sixty Five Thousand Nine Hundred Twenty Five Dollars and Eighty Three Cents ($65,925.83);

7. This action is **DISMISSED WITH PREJUDICE;**

8. The Court will retain jurisdiction for ninety (90) days from the above date, for the purpose of enforcing the agreement;

9. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge